UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADOLFO A. ROSARIO, | : | |
| Plaintiff | : | |
| | : | No. 5:20-cv-00540-JFL |
| v. | : | |
| | : | |
| CHARLES R. HILDEBRAND, | : | |
| ESTES EXPRESS LINES | : | |
| CORPORATION AND | : | JURY TRIAL DEMANDED |
| ESTES EXPRESS LINES | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration

of the Stipulation of the Parties it is HEREBY ORDERED as follows:

1.    Defendant, Estes Express Lines Corporation, shall be dismissed from

this case with prejudice; and

2.    The caption in this case shall be amended to read as follows:

Adolfo A. Rosario v. Charles R. Hildebrand and Estes Express Lines.


BY THE COURT:



_____
                                                                        J.

{01549306 }

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADOLFO A. ROSARIO, | : | |
| Plaintiff | : | |
| | : | No. 5:20-cv-00540-JFL |
| v. | : | |
| | : | |
| CHARLES R. HILDEBRAND, | : | |
| ESTES EXPRESS LINES | : | |
| CORPORATION AND | : | JURY TRIAL DEMANDED |
| ESTES EXPRESS LINES | : | |
| Defendants | : | |

## STIPULATION OF THE PARTIES

AND NOW, comes Plaintiff, Adolfo A. Rosario, by and through his undersigned counsel Kenneth Millman, Esquire and Leisawitz, Heller, Abramowitch, Phillips, P.C. and Defendants, Charles R. Hildebrand ("Hildebrand"), Estes Express Lines Corporation, and Estes Express Lines, by and through their undersigned counsel, Stephen E. Geduldig, Esquire and Megan C. Zei, Esquire, and Pion, Nerone, Girman, Winslow & Smith, P.C., and hereby stipulate as follows:

1.    Defendant, Estes Express Lines Corporation, shall be dismissed from this case with prejudice; and

2.    The caption in this case shall be amended to read as follows:

Adolfo A. Rosario v. Charles R. Hildebrand and Estes Express Lines.

{01549306 }

Respectfully submitted,


**LEISAWITZ, HELLER,
AMBRAMOWITCH, PHILLIPS, P.C.**

Date: 5/4/2020

KENNETH MILLMAN, ESQUIRE
Attorney I.D. No. 75272
2755 Century Boulevard
Wyomissing, PA 19610
P:  610-372-3500
F:  610-372-8671

**Attorney for Plaintiff,
Adolfo A. Rosario**


**PION, NERONE, GIRMAN,
WINSLOW & SMITH, P.C.**

Date: 5/4/2020

STEPHEN E. GEDULDIG, ESQUIRE
Attorney I.D. No. 43530
MEGAN C. ZEI, ESQUIRE
Attorney I.D. No. 309536
2404 Park Drive, Suite 404
Harrisburg, PA  17110
P:  717-737-5833
F:  717-737-5553

**Attorneys for Defendants, Charles R.
Hildebrand, Estes Express Lines
Corporation and Estes Express Lines**

## CERTIFICATE OF SERVICE

I, Megan C. Zei, Esquire, of the law firm of Pion, Nerone, Girman, Winslow & Smith, P.C., counsel for the Defendants, hereby state that a true and correct copy of the foregoing ***Stipulation of the Parties*** was served upon all parties on this date as follows:

*Via electronic mail:*

**Kenneth Millman, Esquire**
Leisawitz, Heller, Abramowitch, Phillips, P.C.
2755 Century Boulevard
Wyomissing, PA  19610
P:  610-372-3500
F:  610-372-8671
Email:  kmillman@leisawitzheller.com
**Counsel for Plaintiff**

**PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C.**

Date: 5/4/2020

MEGAN C. ZEI, ESQUIRE
Attorney I.D. No. 309336

{01549306 }